UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NICOLE REID, as Next Friend for M.R.,
a minor,

        Plaintiff,

v

PLYMOUTH-CANTON COMMUNITY
SCHOOLS,

        Defendant.
_____/

Judge _____

No. 26-10512

| | |
|---|---|
| HANNAH R. FIELSTRA (P82101) | KENNETH B. CHAPIE (P66148) |
| ERNST LAW FIRM, PLC | LINDSAY P. HAZEN (P85861) |
| *Attorney for Plaintiff* | GIARMARCO, MULLINS & HORTON, P.C. |
| 645 Griswold, Ste. 4100 | *Attorneys for Defendant* |
| Detroit, MI  48226 | 101 W. Big Beaver Road, 10th Floor |
| (313)965-5555 | Troy, MI 48084-5280 |
| hannah@ernstlawplc.com | (248) 457-7048 |
| kevin@ernstlawplc.com | kchapie@gmhlaw.com |
| | lhazen@gmhlaw.com |

## **NOTICE OF REMOVAL**

Defendant, PLYMOUTH-CANTON COMMUNITY SCHOOLS, by and through its attorneys, GIARMARCO, MULLINS & HORTON, P.C., files this Notice of Removal pursuant to 28 USC §1441, thereby removing this action from the Circuit Court for the County of Wayne, State of Michigan, to the United States District Court for the Eastern District of Michigan. Removal of this action is premised on the following grounds:

1.     This Notice of Removal is being filed pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2.     On November 25, 2025, Plaintiff filed a Complaint against the above Defendant in the Wayne County Circuit Court (**Exhibit A**, Complaint). On February 5, 2026, Counsel for Defendant informed Plaintiff they would accept service.[1]

3.     The action pending in Wayne County Circuit Court has the Case Number 25-018729-CZ. The Wayne County Circuit Court, which is located in Detroit, Michigan, is within the Eastern District of Michigan; therefore, this matter is being removed "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.     Plaintiff's Complaint alleges the following causes of action against Defendant:

---

[1] It should be noted for the Court that M.R. is not a minor. Under Michigan law, an adult plaintiff must prosecute an action on their own behalf because they—not a parent—are the real party in interest. See MCR 2.201(B) ("An action must be prosecuted in the name of the real party in interest"). A parent may appear as a next friend only for a minor or an individual who has been adjudicated legally incapacitated. MCR 2.201(E) ("A minor or a legally incapacitated individual who does not have a conservator, guardian, or guardian ad litem may sue by a next friend") The Michigan Court Rules make clear that next-friend status does not extend to competent adults, and a parent lacks authority to litigate on a competent adult child's behalf. In short, there is no legal basis upon which for the M.R.'s parent to file suit on their behalf.

  a. Count I: Gross Negligence

  b. Count II: Persons with Disabilities Civil Rights Act Violation

  c. Count III: Title II of the Americans with Disabilities Act Violation, U.S.C. § 12132

5. This Court has original jurisdiction over Plaintiff's federal claim pursuant to 28 U.S.C. § 1331, which provides that, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Count III alleges a violations of Title II of the Americans with Disabilities Act which arises under the Constitution and laws of the United States. (**Ex. A** at ¶¶ 64-74).

8. This Court has jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, which grants this Court supplemental jurisdiction because the events arise out of the same transaction and occurrence.

9. This Notice is filed with the Court within the timeline contemplated by 28 U.S.C. § 1446(1).

10. Contemporaneous with this filing, Defendant has filed a Notice of Removal in the Wayne County Circuit Court and provided notice to Plaintiff, as the Adverse Party, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant, PLYMOUTH-CANTON COMMUNITY SCHOOLS, respectfully requests that the Court exercise jurisdiction over this matter and that the above-captioned matter be removed from Wayne County Circuit Court and into the United States District Court for the Eastern District of Michigan.

/s/KENNETH B. CHAPIE (P66148)
GIARMARCO, MULLINS & HORTON, PC
*Attorney for Defendant*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7048
kchapie@gmhlaw.com

DATED: February 13, 2026